**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **T.J.**, | |
| *Plaintiff,* | |
| v. | **Case No. 2:25-cv-00278-JDW** |
| **SOCIAL SECURITY ADMINISTRATION**, | |
| *Defendant.* | |

### ORDER

**AND NOW**, this 15th day of July, 2026, upon consideration of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (ECF No. 17), and after an independent review of the record, I note as follows.

1. Plaintiff filed this case to challenge the Social Security Administration's denial of her applications for disability benefits. After filing her Complaint, Plaintiff stopped participating in the case. She did not comply with Judge Hey's orders, did not file the brief required to pursue judicial review, did not seek additional time, and did not otherwise communicate with the Court. Meanwhile, Defendant filed the administrative record and complied with its obligations.

2. Judge Hey issued her Report and Recommendation on March 9, 2026. Because Plaintiff abandoned the case, Judge Hey considered whether dismissal was appropriate under the factors set forth in *Poulis*. She concluded that most of those factors

favor dismissal—Plaintiff bears responsibility for the delays, her inaction prevents Defendant from responding to any alleged errors in the agency proceedings, and lesser sanctions would accomplish nothing. Although Judge Hey did not find bad faith and could not assess the merits of Plaintiff's claims, she concluded that the balance of factors favors dismissal. Judge Hey also concluded that dismissal should be with prejudice because Plaintiff can no longer file a timely challenge to the Commissioner's decision.

3. No one filed an objection or response to the Report and Recommendation that Judge Hey issued. When the parties do not object to a report and recommendation, I review the recommendation under a plain error standard (*see Oldrati v. Apfel*, 33 F. Supp.3d 397, 399 (E.D. Pa. 1998)). Following my independent review of the record and Judge Hey's Report and Recommendation, I find no error and conclude that good cause exists to adopt Judge Hey's Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The matter is **DISMISSED WITH PREJUDICE** for failure to prosecute; and

3. The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.

2